DARON L. TOOCH (State Bar No. 137269)
JOHN P. MCLOUGHLIN (State Bar No. 271148)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:        dtooch@health-law.com
E-Mail:        jmcloughlin@health-law.com

KATHERINE R. MILLER (State Bar No. 247390)
**HOOPER, LUNDY & BOOKMAN, P.C.**
575 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail:        kmiller@health-law.com

Attorneys for Plaintiff Forest Ambulatory
Surgical Associates, L.P. doing business as Forest
Surgery Center



IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

8/24/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as FOREST SURGERY CENTER,<br><br>                    Plaintiff,<br><br>            vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY and DOES 1 through 20,<br><br>                    Defendants. | CASE NO. CV10-04911 EJD<br>(Case Assigned for All Purposes to Hon. Edward J. Davila)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Santa Clara Superior Court Number: 110CV183843)<br><br>Complaint Filed:     Sept. 29, 2010 |

///
///
///
///

1101689.1

CV10-04911 EJD

1  Plaintiff, FOREST AMBULATORY SURGICAL ASSOCIATES ("Forest") and
2  Defendant, UNITED HEALTHCARE INSURANCE COMPANY ("United" and, together with
3  Forest, the "Parties"), hereby submit, through their undersigned counsel of record, the following
4  Stipulation and Proposed Order.

## STIPULATION

Pursuant to the Parties' prior Stipulation and Court Order, entered by the Court on August 2, 2011 (Dkt. # 49), Forest's deadline to file its Second Amended Complaint was extended from August 12, 2011 to September 2, 2011. For the following reasons, the Parties hereby agree to further extend the deadline to file the Second Amended Complaint:

(1) Since the entry of the original Stipulation and Court Order on August 2, 2011, the principal attorney representing Forest in this matter, Katherine R. Miller of Hooper, Lundy & Bookman, P.C., has taken leave for unexpected medical reasons. Ms. Miller is not expected to return for several months at a minimum. As a result, a new attorney will require time to become familiar with the issues and materials associated with this matter. The Parties anticipate that sixty (60) additional days will provide sufficient time for this transition.

(2) Forest has requested from United, but not yet received, all of the ERISA plan documents and summary plan descriptions for the claims at issue in this case. The Parties anticipate that the additional sixty (60) days will provide sufficient opportunity for United to provide the plan documents and for Forest to review and incorporate relevant plan terms as appropriate in its amended pleading.

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | (3) Forest has recently become aware of additional unpaid and/or underpaid claims that |
| 2 | may be appropriate to add to this lawsuit. The Parties anticipate that being granted |
| 3 | sixty (days) of additional time to evaluate the potential new claims would enable |
| 4 | Forest to file a more complete Second Amended Complaint. |

**IT IS SO STIPULATED.**

DATED: August 23, 2011        HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
DARON L. TOOCH
Attorneys for Plaintiff Forest Ambulatory Surgical Associates, L.P. doing business as Forest Surgery Center

DATED: August 23, 2011        WALRAVEN & LEHMAN LLP

By: _____
BRYAN S. WESTERFELD
Attorneys for Defendant United Healthcare Insurance Company

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, good cause having been shown, Forest Ambulatory Surgical Associates' deadline to file its Second Amended Complaint is further extended from September 2, 2011 to **October 1, 2011**

The Court sets a Case Management Conference on **December 9, 20011 at 10:00 a.m.** On or before **December 2, 2011,** the parties shall file a joint case management conference statement.

Dated: August 24, 2011      By: _____
                                   Honorable Edward J. Davila
                                   United States District Court Judge

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1101689.1

CV10-04911 EJD

JOINT STIPULATION AND [PROPOSED] ORDER
FURTHER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT