1  DARON L. TOOCH (State Bar No. 137269)
   JOHN P. MCLOUGHLIN (State Bar No. 271148)
2  **HOOPER, LUNDY & BOOKMAN, P.C.**
   1875 Century Park East, Suite 1600
3  Los Angeles, California  90067-2517
   Telephone: (310) 551-8111
4  Facsimile: (310) 551-8181
   E-Mail:       dtooch@health-law.com
5  E-Mail:       jmcloughlin@health-law.com

6  KATHERINE R. MILLER (State Bar No. 247390)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
7  575 Market Street, Suite 2300
   San Francisco, CA  94105
8  Telephone: (415) 875-8500
   Facsimile: (415) 875-8519
9  E-Mail:       kmiller@health-law.com

10 Attorneys for Plaintiff Forest Ambulatory
   Surgical Associates, L.P. doing business as Forest
11 Surgery Center

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as FOREST SURGERY CENTER,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>                Defendants. | CASE NO. CV10-04911 EJD<br>(Case Assigned for All Purposes to Hon. Edward J. Davila)<br><br>[PROPOSED] ORDER RE:<br><br>**(1) FILING OF SECOND AMENDED COMPLAINT [CORRECTED VERSION]; AND**<br><br>**(2) EXTENDING TIME FOR UNITED DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT [CORRECTED VERSION]**<br><br>(Santa Clara Superior Court Number: 110CV183843)<br><br>Complaint Filed:       Sept. 29, 2010 |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that, good cause having been shown:

1. Plaintiff Forest Ambulatory Surgical Associates, L.P. is permitted to file its Second Amended Complaint [Corrected Version], attached hereto as Exhibit A. The Second Amended Complaint [Corrected Version] shall be filed no later than five (5) court days after entry of this Order.

2. United Healthcare Insurance Company, United HealthGroup, Inc., United Healthcare Services, Inc., and Ingenix, Inc. must move, answer or otherwise respond to the Second Amended Complaint [Corrected Version] no later than December 16, 2011. This extension will not alter the date of any event or deadline already affixed by Court order.

**IT IS SO ORDERED.**

DATED: November 8, 2011

By: _____
Honorable Edward J. Davila
United States District Court Judge