1  **LARRY A. WALRAVEN (S.B.# 143327)**
   lwalraven@calemployerlaw.com
2  **BRYAN S. WESTERFELD (S.B.# 218253)**
   bwesterfeld@calemployerlaw.com
3  **WALRAVEN & LEHMAN LLP**
   120 Vantis, Suite 535
4  Aliso Viejo, California 92656
   Telephone: (949) 215-1990
5  Facsimile: (949) 215-1999

6  Attorneys for Defendant,
   United HealthCare Insurance Company, UnitedHealth
7  Group, Inc., United HealthCare Services, Inc., and Ingenix, Inc.

8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12  | | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as Forest SURGERY CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. CV10-04911 EJD <br><br> **STIPULATION TO EXTEND PAGE LIMITATION FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FRCP 12(b)(6)** <br><br> (Santa Clara Superior Court Number:110CV183843) <br><br> Date: March 23, 2012 <br> Time: 9:00 a.m. <br> Dept.: Ctrm. 8 <br><br> Complaint Filed: Sept. 29, 2010 |

Plaintiff Forest Ambulatory Surgical Associates, L.P. ("Plaintiff") and Defendants United HealthCare Insurance Company, UnitedHealth Group, Inc., United HealthCare Services, Inc., and Ingenix, Inc. ("United") hereby submit, through their undersigned counsel of record, the following Stipulation and Proposed Order to extend the page limitations for the parties briefing on the motion to dismiss that United and other defendants intend to file in this matter.

**WHEREAS** Plaintiff filed a Second Amended Complaint in this action on September 30, 2011;

**WHEREAS**, at the Case Management Conference held by the Court on December 9, 2011, the Court extended the time for all defendants to move, answer or otherwise respond to the Second Amended Complaint in this matter to January 27, 2012 in order to allow United time to attempt to coordinate its response with the 127 new defendants ;

**WHEREAS** counsel for United anticipates filing a motion to dismiss the Second Amended Complaint on behalf of United and the new defendants;

**WHEREAS** given the number of claims raised by Plaintiff, the complexity of the legal issues, and the number of defendants at issue in the Second Amended Complaint, United has requested and Plaintiff has agreed to an extension of the normal page limitations for briefing on a motion to dismiss in order to adequately address the legal issues involved;

**WHEREAS** Plaintiff and United agree that an additional 10 pages for initial briefing (motion and opposition) and an additional 5 pages for reply will be sufficient, such that United will be allowed 35 pages for their initial brief, Plaintiff will be allowed 35 pages for its opposition and United will be allowed 20 pages for their reply;

**WHEREAS** no party will be prejudiced and all parties will benefit by extending the page limitations for the anticipated motion to dismiss;

///

///

**NOW, THEREFORE,** Plaintiff and United stipulate that the page limitations for the anticipated motion to dismiss be extended as follows:

- United's Initial Brief    35 pages (total);
- Plaintiff's Opposition    35 pages (total);
- United's Reply            20 pages (total).

IT IS SO STIPULATED.

Dated: January 19, 2012                HOOPER LUNDY & BOOKMAN


By: _____
         Daron L. Tooch

Attorneys for Plaintiff,
Forest Ambulatory Surgical Associates, L.P.

Dated: January 19, 2012                WALRAVEN & LEHMAN LLP


By: _____
         Bryan S. Westerfeld

Attorneys for Defendant
United HealthCare Insurance Company,
UnitedHealth Group, Inc., United
HealthCare Services, Inc., and Ingenix, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 23, 2012

_____
Honorable Edward J. Davila
United States District Judge

# PROOF OF SERVICE

I, Kim Sullivan, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 120 Vantis, Suite 535, Aliso Viejo, California 92656. On January 19, 2012, I served the within documents:

**STIPULATION TO EXTEND PAGE LIMITATION FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FRCP 12(b)(6)**

☐ by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately 3:41 PM. The outgoing facsimile machine telephone number in this office is (949) 215-1999. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted. A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aliso Viejo, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Worldwide Network, Inc., which is an express carrier.

Daron L. Tooch                     (310) 551-8111
Hooper, Lundy & Bookman            (310) 551-8181-FAX
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 19, 2012 at Aliso Viejo, California.

_____
Kim Sullivan