1    **LARRY A. WALRAVEN (S.B.# 143327)**
     **lwalraven@calemployerlaw.com**
2    **BRYAN S. WESTERFELD (S.B.# 218253)**
     **bwesterfeld@calemployerlaw.com**
3    **WALRAVEN & LEHMAN LLP**
     120 Vantis, Suite 535
4    Aliso Viejo, California 92656
     Telephone:  (949) 215-1990
5    Facsimile:  (949) 215-1999

6    Attorneys for Certain Defendants*

7

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12    FOREST AMBULATORY SURGICAL      Case No.   CV10-04911 EJD
     ASSOCIATES, L.P., doing business as Forest
13    SURGERY CENTER,                **STIPULATION RE: EXTENSION**
                                     **OF TIME TO FILE OPPOSITION**
14                Plaintiff,            **AND REPLY BRIEFS RELATING**
                                     **TO MOTION TO DISMISS**
15

16        v.

17    UNITED HEALTHCARE INSURANCE     (Santa Clara Superior
     COMPANY, et al.,                    Court Number:110CV183843)
18                                    Date:   March 23, 2012
               Defendants.           Time:   9:00 a.m.
19                                    Dept.:   Ctrm. 4

20                                    Complaint Filed: Sept. 29, 2010

21

22    * = *See* Attachment A hereto.

23

24

25

26

27

28

1        Plaintiff Forest Ambulatory Surgical Associates, L.P. ("Plaintiff") and the Moving

2   Defendants (each of whom are listed in Attachment A hereto), through their undersigned

3   counsel of record, hereby stipulate to extend the date for opposition and reply briefs relating

4   to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and to Stay

5   Discovery (the "Motion") as follows:

6        WHEREAS, on January 27, 2012, the Moving Defendants filed the Motion, which is

7   scheduled to be heard at 9:00 a.m. on March 23, 2012, in Department 4 of the above-entitled

8   court;

9        WHEREAS, given the number of claims raised by Plaintiff and the number of legal

10   issues addressed in the Motion, Moving Defendants strongly believe, and Plaintiff has agreed,

11   that additional time beyond the standard time allowed for opposition and reply briefs by the

12   Local Rules is necessary to adequately address the legal issues involved;

13        WHEREAS, Plaintiff and the Moving Defendants agree that one additional week to

14   file an opposition brief and one additional week to file a reply brief will be sufficient;

15        WHEREAS, an additional two weeks of time to complete briefing will still result in

16   the completion of all briefing three weeks before the scheduled hearing date;

17

18   ///

19

20   ///

21

22   ///

23

24   ///

25

26   ///

27

28   ///

10-CV-04911 EJD

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

1    NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and the

2    Moving Defendants, through their counsel of record, that the time to submit opposition and

3    reply briefs relating to the Motion be extended as follows:

4        (1)    Due date for opposition brief        February 17, 2012;

5        (2)    Due date for reply brief             March 2, 2012.

6    IT IS SO AGREED AND STIPULATED.

7    Dated: February 8, 2012                HOOPER LUNDY & BOOKMAN

8

9

10

11   By: _____
                Katherine M. Markowski

12   Attorneys for Plaintiff,
     Forest Ambulatory Surgical Associates,

13   L.P.

14   Dated: February 8, 2012                WALRAVEN & LEHMAN LLP

15

16

17   By: _____
                Bryan S. Westerfeld

18   Attorneys for Certain Defendants*

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED

21

22   Dated:  February 10, 2012

23                                           _____
                                             Honorable Edward J. Davila
                                             United States District Judge

24

25   * = See Attachment A hereto.

26

27

28

                                   3                    10-CV-04911 EJD

**ATTACHMENT A**

**Companies and Group Health Plans Represented by Walraven & Lehman LLP:**

UNITED HEALTHCARE INSURANCE COMPANY;

UNITEDHEALTH GROUP, INC.;

UNITED HEALTHCARE SERVICES, INC.;

INGENIX, INC.;

ABBOTT LABORATORIES HEALTH CARE PLAN;

ABBOTT LABORATORIES, INC.;

ADVANCED MICRO DEVICES, INC. COMPREHENSIVE WELFARE PLAN (A/K/A
ADVANCED MICRO DEVICES HEALTH PLAN);

ADVANCED MICRO DEVICES, INC.;

AGILENT TECHNOLOGIES MEDICAL PLAN;

AGILENT TECHNOLOGIES, INC.;

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT WELFARE BENEFIT PLAN;

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT;

AMERIPRISE FINANCIAL MEDICAL PLAN;

AMERIPRISE FINANCIAL, INC.;

EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE OF AMERIPRISE
FINANCIAL, INC.;

AMPLAN, THE AMTRAK UNION BENEFITS PLAN;

NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK;

APPLE INC. HEALTH AND WELFARE BENEFIT PLAN (A/K/A APPLE MEDICAL
PLAN);

APPLE INC.;

ARAMARK CORPORATION HEALTH BENEFITS PLAN;

ARAMARK CORPORATION;

1   AT&T UMBRELLA BENEFIT PLAN NO. 1 – AT&T MEDICAL PLAN (A/K/A AT&T

2       MEDICAL PLAN);

3   AT&T, INC.;

4   AUTOMATIC DATA PROCESSING, INC. HEALTH BENEFITS PLAN;

5   AUTOMATIC DATA PROCESSING, INC;

6   AVAGO TECHNOLOGIES HEALTH BENEFITS PLAN;

7   AVAGO TECHNOLOGIES U.S., INC.;

8   BARNES & NOBLE, INC. HEALTH BENEFITS PLAN;

9   BARNES & NOBLE, INC.;

10   BEST BUY FLEXIBLE BENEFITS PLAN;

11   BEST BUY CO., INC.;

12   CADENCE DESIGN SYSTEMS, INC. CHOICE PLUS MEDICAL PLAN (A/K/A

13       CADENCE MEDICAL PLAN);

14   CADENCE DESIGN SYSTEMS, INC.;

15   CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN (A/K/A CISCO SYSTEMS, INC.

16       MEDICAL PLAN, AND CISCO SYSTEMS, INC. RETIREE MEDICAL ACCESS

17       PLAN);

18   CISCO SYSTEMS, INC.;

19   CNA CHOICE PLUS PREFERRED PROVIDER ORGANIZATION PLAN (A/K/A CNA

20       MEDICAL PLAN);

21   CONTINENTAL CASUALTY COMPANY;

22   COHERENT, INC. WELFARE BENEFIT PLAN;

23   COHERENT, INC.;

24   COVIDIEN HEALTH AND WELFARE BENEFITS PLAN;

25   COVIDIEN HEALTH AND WELFARE BENEFITS COMMITTEE;

26   TYCO HEALTHCARE GROUP LP;

27   DANAHER CORPORATION HEALTH BENEFITS PLAN;

28   DANAHER CORPORATION;

1  DELTA ACCOUNTBASED HEALTHCARE PLAN;

2  DELTA AIRLINES, INC.;

3  ADMINISTRATIVE COMMITTEE OF DELTA AIRLINES, INC.;

4  DISCOUNT TIRE/AMERICA'S TIRE CO. (REINALT-THOMAS CORP.) WELFARE

5      BENEFIT PLAN;

6  DISCOUNT TIRE/AMERICA'S TIRE/DISCOUNT TIRE DIRECT (REINALT-THOMAS

7      CORP.);

8  UNITEDHEALTHCARE CHOICE PLUS PLAN FOR ECLIPSYS CORPORATION

9      HEALTH BENEFIT PLAN;

10  ECLIPSYS CORPORATION;

11  ELECTRONIC ARTS HEALTH AND WELFARE BENEFIT PLAN;

12  ELECTRONIC ARTS, INC.;

13  FARMERS INSURANCE EXCHANGES HEALTH BENEFITS PLAN;

14  FARMERS GROUP, INC. (erroneously sued as Farmers Insurance Company, Inc.);

15  FLEXTRONICS INTERNATIONAL USA, INC. WELFARE BENEFIT PLAN;

16  FLEXTRONICS INTERNATIONAL USA, INC.;

17  FOOTHILL DE-ANZA COMMUNITY COLLEGE DISTRICT WELFARE BENEFIT

18      PLAN (A/K/A FOOTHILL DE-ANZA COMMUNITY COLLEGE DISTRICT

19      MEDICAL PLAN);

20  FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT;

21  GENERAL DYNAMICS CORPORATION HEALTH AND WELFARE PLAN (A/K/A

22      GENERAL DYNAMICS CORPORATION PREFERRED PROVIDER

23      ORGANIZATION UHC CHOICE PLUS PLAN A);

24  GENERAL DYNAMICS CORPORATION;

25  UNITEDHEALTHCARE CHOICE PLUS PLAN FOR W.W. GRAINGER, INC.;

26  W.W. GRAINGER, INC.;

27  HEWLETT-PACKARD MEDICAL PLAN;

28  HEWLETT-PACKARD COMPANY;

1  HYNIX SEMICONDUCTOR MANUFACTURING OF AMERICA, INC. WELFARE
2      BENEFIT PLAN;
3  HYNIX SEMICONDUCTOR MANUFACTURING OF AMERICA, INC.;
4  IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-TIME AND
5      REGULAR PART-TIME EMPLOYEES;
6  INTERNATIONAL BUSINESS MACHINES CORPORATION;
7  OFFICE OF PLAN ADMINISTRATOR - IBM RETIREMENT PLANS COMMITTEE;
8  INTERSIL CORPORATION HEALTH BENEFITS PLAN;
9  INTERSIL CORPORATION;
10  JOHNSON MATTHEY, INC. HEALTH BENEFITS PLAN;
11  JOHNSON MATTHEY, INC.;
12  KLA-TENCOR WELFARE BENEFIT PLAN (A/K/A KLA-TENCOR MEDICAL PLAN);
13  KLA-TENCOR CORPORATION;
14  THE MCGRAW-HILL COMPANIES, INC. GROUP HEALTH PLAN;
15  THE MCGRAW-HILL COMPANIES, INC.;
16  MENTOR GRAPHICS CORPORATION WELFARE BENEFIT PLAN (A/K/A MENTOR
17      GRAPHICS CORPORATION CHOICE PLUS TRADITIONAL PLAN);
18  MENTOR GRAPHICS CORPORATION;
19  NCR HEALTHCARE PLAN (A/K/A NCR FLEXIBLE BENEFITS PROGRAM);
20  NCR CORPORATION;
21  NOKIA, INC. HEALTH BENEFITS PLAN;
22  NOKIA, INC.;
23  NOVELLUS EMPLOYEE WELFARE BENEFIT PLAN;
24  NOVELLUS SYSTEMS, INC.;
25  NXP SEMICONDUCTORS WELFARE BENEFIT PLAN;
26  NXP SEMICONDUCTORS USA, INC.;
27  ORACLE CORPORATION FLEXIBLE BENEFITS PLAN;
28  ORACLE CORPORATION;

1  PHILIPS ELECTRONICS NORTH AMERICA CORPORATION GROUP WELFARE
2    BENEFIT PLAN;
3  PHILIPS ELECTRONICS NORTH AMERICA CORPORATION;
4  THE PROCTER & GAMBLE HEALTH CARE PLAN;
5  THE PROCTER & GAMBLE COMPANY;
6  UNITEDHEALTHCARE PPO PLAN FOR QUALCOMM INCORPORATED (A/K/A
7    QUALCOMM INCORPORATED WELFARE BENEFIT PLAN);
8  QUALCOMM INCORPORATED;
9  SOS STEEL COMPANY, INC. HEALTH BENEFITS PLAN
10  SOS STEEL COMPANY, INC.
11  SPANSION COMPREHENSIVE WELFARE PLAN (A/K/A SPANSION CHOICE PLUS
12    MEDICAL PLAN); SPANSION, INC.;
13  SVB FINANCIAL GROUP HEALTH PLAN;
14  SVB FINANCIAL GROUP;
15  SYNOPSYS, INC. WELFARE PLAN;
16  SYNOPSYS, INC.;
17  TARGET CORPORATION HEALTH BENEFITS PLAN;
18  TARGET CORPORATION;
19  THE TURNER CORPORATION HEALTH BENEFITS PLAN;
20  THE TURNER CORPORATION;
21  THERMO-FISHER SCIENTIFIC, INC. MEDICAL PLAN (A/K/A THERMO-FISHER
22    SCIENTIFIC, INC. HEALTH AND WELFARE PLAN);
23  THERMO-FISHER SCIENTIFIC, INC.;
24  TOSHIBA AMERICA, INC. HEALTH BENEFITS PLAN;
25  TOSHIBA AMERICA, INC.;
26  US AIRWAYS, INC. HEALTH BENEFIT PLAN;
27  US AIRWAYS, INC.;
28

1    UNITEDHEALTHCARE CHOICE PLUS FOR VERISIGN, INC. HEALTH BENEFITS

2         PLAN;

3    VERISIGN, INC.;

4    WELLS FARGO AND COMPANY HEALTH PLAN (A/K/A WELLS FARGO

5         UNITEDHEALTHCARE PPO PLAN, AND WELLS FARGO

6         UNITEDHEALTHCARE CONSUMER DIRECTED HEALTH PLAN);

7    WELLS FARGO AND COMPANY;

8    WHOLE FOODS MARKET GROUP BENEFIT PLAN;

9    WHOLE FOODS MARKET, INC.;

10    WHOLE FOODS MARKET BENEFITS ADMINISTRATIVE COMMITTEE;

11    WILLIAMS-SONOMA HEALTH AND WELFARE BENEFIT PLAN;

12    WILLIAMS-SONOMA, INC.;

13    WIPRO HEALTH AND WELFARE PLAN;

14    WIPRO LTD

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Jessica Ridley, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 120 Vantis, Suite 535, Aliso Viejo, California 92656.  On February 8, 2012, I served the within documents:

**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO MOTION TO DISMISS**

☐ by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately 12:03 PM.  The outgoing facsimile machine telephone number in this office is (949) 215-1999.  The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted.  A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aliso Viejo, California addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by putting a true and correct copy thereof, together with an unsigned copy of this declaration, in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed above, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices.  I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence.  In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Worldwide Network, Inc., which is an express carrier.

Katherine M. Markowski
Daron L. Tooch                              (310) 551-8111
Hooper, Lundy & Bookman                     (310) 551-8181-FAX
1875 Century Park East, Suite 1600
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 8, 2012 at Aliso Viejo, California.

_____
Jessica Ridley