Nicolas M. Lezotte (SBN 257207)
Heather E. Gibson (SBN 240938)
Law Offices of Nicolas Lezotte, P.C.
20398 Blauer Dr.
Saratoga, CA 95070
Tel: 408-359-1035
Fax: -408-359-1102
*nicklezotte@gmail.com*

Counsel for Plaintiff Forest Ambulatory Surgical Associates, LP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as FOREST SURGERY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE No. CV 12-02916 PSG (FFMx)<br><br>**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT C OF PLAINTIFFS' MOTION FOR RELIEF AND DECLARATION OF HEATHER E. GIBSON IN SUPPORT OF PLAINTIFFS' MOTION PURSUANT TO LOCAL RULE 79-5.**<br><br>[L.R. 79-5 Confidential Court Records]<br><br>Magistrate: Hon. Frederick F. Mumm<br><br>Assigned to: Hon. Philip S. Gutierrez |

1       Pursuant to C.D. Cal. Civil Local Rule 79-5 Filing Under Seal Confidential Records,
2 Forest Ambulatory Surgical Center (Forest) hereby moves the Court to issue an administrative
3 order that authorizes the sealing of Exhibit C to Plaintiffs' Motion for Relief and Exhibit C to the
4 Gibson Declaration in support of Plaintiffs' Motion for Relief. This Exhibit contains and refers to
5 highly confidential HIPAA information concerning Hewlett Packard (HP) beneficiaries and
6 participants. The documents in Exhibit C were produced by Forest on August 6, 2015 and are
7 designated "Confidential" under the Stipulated Protective Order entered by the court in the
8 *Downey* case on August 14, 2014.
9       The basis for Forest's administrative motion is set forth in the Declaration of Heather E.
10 Gibson submitted herewith. A proposed order granting Forests administrative motion and
11 authorizing the sealing of the document is also submitted herewith.

Respectfully submitted,

**Law Offices of Nicolas Lezotte, P.C.**

Dated: August 6, 2015       By: _____
      Heather E. Gibson, Esq.,
      Nicolas Lezotte, Esq.
      Attorneys for Plaintiff
      Forest Ambulatory Surgical
      Associates, LP