Nicolas M. Lezotte (SBN 257207)
Heather E. Gibson (SBN 240938)
Law Offices of Nicolas Lezotte, P.C.
20398 Blauer Dr.
Saratoga, CA 95070
Tel: 408-359-1035
Fax: -408-359-1102
nicklezotte@gmail.com

Counsel for Plaintiff Forest Ambulatory Surgical Associates, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as FOREST SURGERY CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE No. CV 12-02916 PSG (FFMx)<br><br>DECLARATION OF HEATHER E. GIBSON IN SUPPORT OF PLAINTIFF FOREST AMBULATORY SURGICAL CENTER'S ADMISNTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT C OF PLAINTIFFS' MOTION FOR RELIEF PURSUANT TO LOCAL RULE 79-5.<br><br>[L.R. 79-5 Confidential Court Records]<br><br>Magistrate: Hon. Frederick F. Mumm<br><br>Assigned to: Hon. Philip S. Gutierrez |

# DECLARATION OF HEATHER E. GIBSON

I, Heather E. Gibson, declare as follows:

1. I am an attorney licensed to practice law in the State of California

2. I am counsel along with Nicolas Lezotte for Plaintiff Forest Ambulatory Surgical Associates, LP (collectively, "Plaintiff") in the matter of *Forest Ambulatory Surgical Associates, L.P., doing business as Forest Surgery Center, v. United HealthCare Insurance Company, et al.,* (Case No. CV 12-02916 PSG (FFMx)).

3. I submit this Declaration in support of Forest's Administrative Motion to File Under Seal Exhibit C of the Plaintiffs' Motion for Relief and Exhibit C of the Declaration of Heather E. Gibson in Support of Plaintiffs' Motion for Relief.

4. I have personal knowledge of all the facts set forth herein, and if called to testify, I could and would competently testify to the following.

5. Exhibit C to Plaintiff's Motion for Relief and Exhibit C of the Declaration of Heather E. Gibson in Support of Plaintiffs' Motion for Relief is sealable as it contains and refers to highly confidential HIPAA information concerning Hewlett Packard's beneficiaries and participants. The documents and information contained in Exhibit C were produced by Forest Ambulatory Surgical Center on August 6, 2015 and are designated "Confidential" under the Stipulated Protective Order entered by the court in the *Downey* case on August 14, 2014.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 6th day of August 2015, at Saratoga, California.

Dated: August 6, 2015

Law Offices of Nicolas Lezotte, P.C.

By: _____
Heather E. Gibson, Esq.,
Nicolas Lezotte, Esq.,
Attorneys for Plaintiff Forest Ambulatory
Surgical Associates, LP