1  **BRYAN S. WESTERFELD (S.B.# 218253)**
   bwesterfeld@walravenlaw.com
2  **JESSICA B. HARDY (S.B.# 246377)**
   jbh@walravenlaw.com
3  **WALRAVEN & WESTERFELD LLP**
   101 Enterprise, Suite 350
4  Aliso Viejo, California 92656
   Telephone:  (949) 215-1990
5  Fax:  (949) 215-1999
   Attorneys for Certain Defendants*
6
   **JOHN A. CONKLE (S.B.#117849)**
7  j.conkle@conklelaw.com
   **CONKLE, KREMER & ENGEL PLC**
8  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California 90403
9  Telephone : (310) 998-9100
   Attorneys for Defendants Hewlett-Packard
10 Company and Hewlett-Packard Company
   Comprehensive Welfare Benefits Plan
11
   **NICOLAS M. LEZOTTE (S.B.# 257207)**
12 nicklezotte@gmail.com
   **HEATHER E. GIBSON (S.B.# 240938)**
13 heathergibson1@gmail.com
   **LAW OFFICES OF NICOLAS LESOTTE, P.C.**
14 125 Ciro Avenue, Suite 101
   San Jose, California 95128
15 Attorneys for Plaintiff Forest Ambulatory
   Surgical Associates, LP
16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST AMBULATORY SURGICAL ASSOCIATES, L.P., doing business as FOREST SURGERY CENTER,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY; et al.,<br><br>           Defendants. | Case No.  CV12-02916 PSG(FFMx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

PLEASE TAKE NOTICE THAT Plaintiff Forest Ambulatory Surgical Associates, L.P., doing business as Forest Surgery Center ("Plaintiff"), Certain Defendants (*see* Attachment A), and Defendants Hewlett-Packard Company and Hewlett-Packard Comprehensive Welfare Benefits Plan hereby stipulate to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Because all parties who have appeared in this action stipulate to its dismissal with prejudice, this action may be dismissed without an Order of the Court.

Dated: May 27, 2016             **WALRAVEN & WESTERFELD LLP**

By: /s/ Bryan S. Westerfeld
    **Bryan S. Westerfeld**
Attorneys for *Certain Defendants\**

Dated: May 27, 2016             **CONKLE, KREMER & ENGEL, PLC**

By: /s/ John A. Conkle
    **John A. Conkle**
Attorneys for *Defendants Hewlett-Packard Company and Hewlett-Packard Company Comprehensive Welfare Benefits Plan*

Dated: May 27, 2016             **LAW OFFICES OF NICOLAS LEZOTTE, PC**

By: /s/ Heather E. Gibson
    **Heather E. Gibson**
Attorneys for *Plaintiff Forest Ambulatory Surgical Associates LP*

**\*Attachment A**

**Companies and Group Health Plans Represented by Walraven & Westerfeld LLP:**

I. <u>**UNITED DEFENDANTS**</u>

UNITED HEALTHCARE INSURANCE COMPANY;

UNITEDHEALTH GROUP, INC.;

UNITED HEALTHCARE SERVICES, INC.;

OPTUMINSIGHT, INC. (formerly, INGENIX, INC.);

II. <u>**PLAN DEFENDANTS**</u>

ABBOTT LABORATORIES HEALTH CARE PLAN;

ABBOTT LABORATORIES, INC.;

ADVANCED MICRO DEVICES, INC. COMPREHENSIVE WELFARE PLAN
    (A/K/A ADVANCED MICRO DEVICES HEALTH PLAN);

ADVANCED MICRO DEVICES, INC.;

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT WELFARE BENEFIT PLAN;

ALAMEDA-CONTRA COSTA TRANSIT DISTRICT;

AMERIPRISE FINANCIAL MEDICAL PLAN;

AMERIPRISE FINANCIAL, INC.;

EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE OF AMERIPRISE
    FINANCIAL, INC.;

AMPLAN, THE AMTRAK UNION BENEFITS PLAN;

NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK;

APPLE INC. HEALTH AND WELFARE BENEFIT PLAN (A/K/A APPLE
    MEDICAL PLAN);

APPLE INC.;

ARAMARK CORPORATION HEALTH BENEFITS PLAN;

1. ARAMARK CORPORATION;
2. AT&T UMBRELLA BENEFIT PLAN NO. 1 – AT&T MEDICAL PLAN (A/K/A
3.     AT&T MEDICAL PLAN);
4. AT&T, INC.;
5. AUTOMATIC DATA PROCESSING, INC. HEALTH BENEFITS PLAN;
6. AUTOMATIC DATA PROCESSING, INC;
7. AVAGO TECHNOLOGIES HEALTH BENEFITS PLAN;
8. AVAGO TECHNOLOGIES U.S., INC.;
9. BARNES & NOBLE, INC. HEALTH BENEFITS PLAN;
10. BARNES & NOBLE, INC.;
11. BEST BUY FLEXIBLE BENEFITS PLAN;
12. BEST BUY CO., INC.;
13. CADENCE DESIGN SYSTEMS, INC. CHOICE PLUS MEDICAL PLAN
14.     (A/K/A CADENCE MEDICAL PLAN);
15. CADENCE DESIGN SYSTEMS, INC.;
16. CNA CHOICE PLUS PREFERRED PROVIDER ORGANIZATION PLAN
17.     (A/K/A CNA MEDICAL PLAN);
18. CONTINENTAL CASUALTY COMPANY;
19. COHERENT, INC. WELFARE BENEFIT PLAN;
20. COHERENT, INC.;
21. COVIDIEN HEALTH AND WELFARE BENEFITS PLAN;
22. COVIDIEN HEALTH AND WELFARE BENEFITS COMMITTEE;
23. TYCO HEALTHCARE GROUP LP;
24. DANAHER CORPORATION HEALTH BENEFITS PLAN;
25. DANAHER CORPORATION;
26. DELTA ACCOUNT-BASED HEALTHCARE PLAN;
27. DELTA AIRLINES, INC.;
28. ADMINISTRATIVE COMMITTEE OF DELTA AIRLINES, INC.;

1  UNITEDHEALTHCARE CHOICE PLUS PLAN FOR ECLIPSYS
2      CORPORATION HEALTH BENEFIT PLAN;
3  ECLIPSYS CORPORATION;
4  ELECTRONIC ARTS HEALTH AND WELFARE BENEFIT PLAN;
5  ELECTRONIC ARTS, INC.;
6  FLEXTRONICS INTERNATIONAL USA, INC. WELFARE BENEFIT PLAN;
7  FLEXTRONICS INTERNATIONAL USA, INC.;
8  FOOTHILL DE-ANZA COMMUNITY COLLEGE DISTRICT WELFARE
9      BENEFIT PLAN (A/K/A FOOTHILL DE-ANZA COMMUNITY
10     COLLEGE DISTRICT MEDICAL PLAN);
11 FOOTHILL-DE ANZA COMMUNITY COLLEGE DISTRICT;
12 GENERAL DYNAMICS CORPORATION HEALTH AND WELFARE PLAN
13     (A/K/A GENERAL DYNAMICS CORPORATION PREFERRED
14     PROVIDER ORGANIZATION UHC CHOICE PLUS PLAN A);
15 GENERAL DYNAMICS CORPORATION;
16 UNITEDHEALTHCARE CHOICE PLUS PLAN FOR W.W. GRAINGER, INC.;
17 W.W. GRAINGER, INC.;
18 HYNIX SEMICONDUCTOR MANUFACTURING OF AMERICA, INC.
19     WELFARE BENEFIT PLAN;
20 HYNIX SEMICONDUCTOR MANUFACTURING OF AMERICA, INC.;
21 IBM MEDICAL AND DENTAL BENEFIT PLANS FOR REGULAR FULL-
22     TIME AND REGULAR PART-TIME EMPLOYEES;
23 INTERNATIONAL BUSINESS MACHINES CORPORATION;
24 OFFICE OF PLAN ADMINISTRATOR – IBM, RETIREMENT PLANS
25     COMMITTEE;
26 JOHNSON MATTHEY, INC. HEALTH BENEFITS PLAN;
27 JOHNSON MATTHEY, INC.;
28 KLA-TENCOR WELFARE BENEFIT PLAN (A/K/A KLA-TENCOR MEDICAL

1  PLAN);
2  KLA-TENCOR CORPORATION;
3  MAHINDRA SATYAM WELFARE BENEFIT PLAN (A/K/A WELFARE
4      BENEFIT PLAN OF SATYAM COMPUTER SERVICES);
5  MAHINDRA SATYAM;
6  THE MCGRAW-HILL COMPANIES, INC. GROUP HEALTH PLAN;
7  THE MCGRAW-HILL COMPANIES, INC.;
8  MENTOR GRAPHIC CORPORATION WELFARE BENEFIT PLAN (A/K/A
9      MENTOR GRAPHICS CORPORATION CHOICE PLUC TRADITIONAL
10     PLAN);
11 MENTOR GRAPHICS CORPORATION;
12 NCR HEALTHCARE PLAN (A/K/A NCR FLEXIBLE BENEFITS PROGRAM);
13 NCR CORPORATION;
14 NOKIA, INC. HEALTH BENEFITS PLAN;
15 NOKIA, INC.;
16 NOVELLUS EMPLOYEE WELFARE BENEFIT PLAN;
17 NOVELLUS SYSTEMS, INC.;
18 NXP SEMICONDUCTORS WELFARE BENEFIT PLAN;
19 NXP SEMICONDUCTORS USA, INC.;
20 ORACLE CORPORATION FLEXIBLE BENEFITS PLAN;
21 ORACLE CORPORATION;
22 PHILIPS ELECTRONICS NORTH AMERICA CORPORATION GROUP
23     WELFARE BENEFIT PLAN;
24 PHILIPS ELECTRONICS NORTH AMERICA CORPORATION;
25 THE PROCTER & GAMBLE HEALTH CARE PLAN;
26 THE PROCTER & GAMBLE COMPANY;
27 SOS STEEL COMPANY, INC. HEALTH BENEFITS PLAN;
28 SOS STEEL COMPANY, INC.;

1  SPANSION COMPREHENSIVE WELFARE PLAN (A/K/A SPANSION
2      CHOICE PLUS MEDICAL PLAN);
3  SPANSION INC.;
4  SVB FINANCIAL GROUP HEALTH PLAN;
5  SVB FINANCIAL GROUP;
6  SYNOPSYS, INC. WELFARE PLAN;
7  SYNOPSYS, INC.;
8  TAGERT CORPORATION HEALTH BENEFITS PLAN;
9  TARGET CORPORATION;
10 THE TURNER CORPORATION HEALTH BENEFITS PLAN;
11 THE TURNER CORPORATION;
12 THERMO-FISHER SCIENTIFIC, INC. MEDICAL PLAN (A/K/A THERMO-
13     FISHER SCIENTIFIC, INC. HEALTH AND WELFARE PLAN);
14 THERMO-FISHER SCIENTIFIC, INC.;
15 TOSHIBA AMERICA, INC. HEALTH BENEFITS PLAN;
16 TOSHIBA AMERICA, INC.;
17 US AIRWAYS, INC. HEALTH BENEFITS PLAN;
18 US AIRWAYS, INC.;
19 UNITED HEALTHCARE CHOICE PLUS FOR VERISIGN, INC. HEALTH
20     BENEFITS PLAN;
21 VERISIGN, INC.;
22 WELLS FARGO AND COMPANY HEALTH PLAN (A/K/A WELLS FARGO
23     UNITED HEALTHCARE PPO PLAN, AND WELLS FARGO UNITED
24     HEALTHCARE CONSUMER DIRECTED HEALTH PLAN;
25 WELLS FARGO AND COMPANY;
26 WHOLE FOODS MARKET GROUP BENEFIT PLAN;
27 WHOLE FOODS MARKET INC.;
28 WHOLE FOODS MARKET BENEFITS ADMINISTRATIVE COMMITTEE;

1  WILLIAMS-SONOMA HEALTH AND WELFARE BENEFIT PLAN;
2  WILLIAMS-SONOMA, INC.;
3  WIPRO HEALTH AND WELFARE PLAN;
4  WIPRO LTD

## Attestation Regarding Signatures

I, Bryan S. Westerfeld, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 27, 2016                  */s/* Bryan S. Westerfeld

# Proof of Service

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 101 Enterprise, Suite 350, Aliso Viejo, CA 92656.

On May 27, 2016, I served the foregoing document(s) described as

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**

on all interested parties in this action as follows (or as on the attached service list):

| | |
|---|---|
| JOHN A. CONKLE | NICOLAS M. LEZOTTE |
| j.conkle@conklelaw.com | HEATHER E. GIBSON |
| CONKLE, KREMER & ENGEL PLC | nicklezotte@gmail.com |
| 3130 Wilshire Boulevard, Suite 500 | LAW OFFICES OF NICOLAS LESOTTE, P.C. |
| Santa Monica, California 90403 | 125 Ciro Avenue, Suite 101 |
| Telephone : (310) 998-9100 | San Jose, California 95128 |

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 27, 2016, at Aliso Viejo, California.

*Sarah Walraven*
Sarah Walraven